**Order entered October 7, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00704-CV

## LORY K. WILSON, GREGORY S. VENABLE, JAMES B. JOHNSON, AND RICK L. MILLER, Appellants

V.

## CAPITAL PARTNERS FINANCIAL GROUP USA, INC. AND BTH BANK, NATIONAL ASSOCIATION, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09275**

### ORDER

Appellants are represented by different counsel. Their respective briefs were originally due on September 10, 2020. Appellant James B. Johnson has filed his brief. The Court granted appellant Lory K. Wilson an extension of time to file her brief to October 9, 2020. Before the Court is the October 6, 2020 motion of appellant Gregory S. Venable for an extension of time to file his brief. We **GRANT** the motion and extend the time to **October 9, 2020**.

By notice dated September 14, 2020, the Court notified appellant Rick L. Miller that his brief was overdue. We instructed Miller to file, within ten days, both his brief and an extension motion. Miller did not comply. Accordingly, on the Court's own motion, we **ORDER** Miller to file his brief by 5:00 p.m. on **October 23, 2020**. No further extension will be granted. We caution Miller that failure to file his brief by the deadline will result in dismissal of his appeal without further notice.

Also before the Court is appellee BTH Bank, National Association's October 6, 2020 letter seeking clarification regarding the deadline for appellees' briefs. We construe the letter as a motion for extension of time to file appellees' briefs. We **GRANT** the motion. Appellees shall file their respective briefs by **November 23, 2020**.

/s/    BILL WHITEHILL
       JUSTICE